STATE OF CONNECTICUT *v.* THOMAS SANDERS

The defendant's petition for certification for appeal from the Appellate Court (AC 16108) is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Susan C. Marks,* supervisory assistant state's attorney, in opposition.

Decided January 23, 1997

KENNETH JONES ET AL. *v.* ALLAN A. CRYSTAL, COMMISSIONER OF REVENUE SERVICES

The defendant's petition for certification for appeal from the Appellate Court (AC 15799) is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly dismiss the defendant's appeal for lack of a final judgment?"

The Supreme Court docket number is SC 15603.

*Jonathon L. Ensign,* assistant attorney general, in support of the petition.

*Robert J. Percy,* in opposition.

Decided January 23, 1997